IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | Criminal Action No. 1:23cr-00043-GNS |
| v. ) | CHIEF JUDGE GREG N. STIVERS |
| ) | |
| MARK KEVIN ROBISON ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

## ORDER

This case was called in open court on September 27, 2023, for initial appearance and plea of guilty to a felony Information. There appeared the Defendant, Mark Kevin Robison, in person, in Bowling Green, and represented by Retained Counsel David J. Guarnieri. Assistant United States Attorney David R. Weiser was present for the United States of America. These proceedings were digitally recorded by ECRO Kelly Lovell.

The Court advised the Defendant of his rights pursuant to Rule 5 of the Federal Rules of Criminal Procedure and the Defendant acknowledged that he understood those rights. The Defendant advised he is retaining Attorney Guarnieri to represent him. The Defendant executed a Waiver of Right to Have Appointed Counsel. The Defendant was advised of the nature of the offenses with which he is charged and the minimum and maximum penalties provided by law.

The Court advised the Defendant of his right to have his case presented to a Grand Jury for consideration of Indictment. The Defendant waived his right to proceed by Indictment. The parties filed an executed Waiver of Indictment in open Court.

The Defendant acknowledged his identity and was furnished a copy of the Information and advised of the nature of the charges contained therein. Counsel on behalf of Defendant waived formal reading of the Information.

The Defendant executed a Consent to Rule 11 Plea in a Felony Case Before the United States Magistrate Judge, which consent is filed of record herein.

The United States advised the Court that the Defendant was prepared to enter a plea of guilty to Count One of the Single-Count Information. The Court proceeded to examine the Defendant and found him competent to enter a plea to the charges.

The Defendant was advised as to the maximum penalties, and the United States summarized the evidence which would have been presented at trial.

Having found a factual basis for the guilty plea,

**IT IS THE FINDING OF THE COURT** in this case that the Defendant is fully competent and capable of entering an informed plea and that his plea of **GUILTY** is a knowing and voluntary plea supported by an independent basis of fact which contains each of the essential elements of the offenses with which he is charged. The plea of **GUILTY** to Count One of the Single-Count Information is entered. A Report and Recommendation Concerning Plea of Guilty will be filed.

**IT IS HEREBY ORDERED** Defendant's final sentencing will be conducted on **December 21, 2023, commencing at 10:00 a.m., CST,** before Chief District Judge Greg N. Stivers. The final sentencing will be conducted at the United States Courthouse, Bowling Green, Kentucky.

As to the matter of bond or detention, counsel for the United States advised the United States is not seeking detention in this matter.

The Court having reviewed the Pretrial Services Report and being otherwise sufficiently advised,

**IT IS ORDERED** the Defendant shall be released on a Personal Recognizance Appearance Bond pending the final sentencing.

ENTERED this

Copies to:   Counsel of Record
U.S. Probation
U.S. Marshal
Traci Duff, Case Manager

BG:  I/A: 0|04
PLEA:  0/25