IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | Criminal Action No. 1:23-cr-00043-GNS |
| v. ) | CHIEF JUDGE GREG N. STIVERS |
| ) | |
| MARK KEVIN ROBISON ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

_____

### DEFENDANT'S SENTENCING MEMORANDUM

Comes the Defendant, by counsel, and pursuant to the directives set out in Paragraph 6 of the Court's Acceptance of Guilty Plea and Notice of Sentencing (Dkt # 15), now states as follows:

**Probation:**

As indicated in the Addendum to the Presentence Investigation Report, there are no unresolved objections. Accordingly, per Paragraphs 62 and 63 of the PSR, the Defendant's advisory guideline range is 0-6 months, he is in Zone A of the Sentencing Table, and a sentence other than a sentence of imprisonment is appropriate under USSG §5C1.1(b) or (c)(3). Accordingly, the advisory guideline sentence is commensurate with the agreed upon sentence of two years of probation that is provided for in paragraph 11 of the parties' binding plea agreement, and the Defendant respectfully requests he be so sentenced.

**Restitution:**

In consultation with the identified victim, Commonwealth Health Corporation, the parties have agreed to $140,000 restitution, half of which has already been paid and the other half which will be paid by January 31, 2024.

**Fine:**

Per Paragraph 74 of the PSR, the Defendant's advisory fine range is between $500 and $5,000. However, two factors warrant that a fine be waived. First, the Defendant is using funds in his IRA to pay restitution, which after taxes comprises nearly 25 percent of the account's value. Second, the Defendant is retirement age and on a fixed income that comprises SSI and distributions from his IRA, which absent extraordinary investment performance results in a declining balance, and he and his spouse have little excess cash flow each month.

Respectfully submitted,

*/s/ David J. Guarnieri*
David J. Guarnieri
201 East Main Street, Suite 900
Lexington, Kentucky 40507
(859) 231-8780
dguarnieri@mcbrayerfirm.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon all parties to this matter on the 18th day of December 2023 through the Clerk of Court using the CM/ECF system and/or by email to the counsel of record as follows:

David R. Weiser
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY 40202
(502) 625-7068
david.weiser@usdoj.gov

*/s/ David J. Guarnieri*
David J. Guarnieri

*Attorney for Defendant*
